IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD L. LINGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 05-4094-JPG |
| | ) |
| STEVE STEARNS, individually and in his official capacity as Deputy of the Union County Sheriff's Police, and the UNION COUNTY SHERIFF'S DEPARTMENT, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## *JUDGMENT*

This matter having come before the Court, and the Court having granted the parties' joint motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

Dated: September 19, 2007          By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**